Joel E. Tasca
Nevada Bar No. 14124
Lindsay C. Demaree
Nevada Bar No. 11949
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Drive Plaza, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com
E-mail: priesth@ballardspahr.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAY STOLLER, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A. <br><br> Defendants. | Civil Action No.: 2:19-cv-01854-GMN-VCF <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Defendant Capital One Bank (USA), N.A.'s (Capital One") response to Plaintiff Ray Stroller's (Plaintiff") complaint was due on November 15, 2019. Capital One and the Plaintiff have agreed that Capital One has up to and including December 15, 2019, to respond to Plaintiff's complaint. Good cause supports the requested extension. The parties have been actively discussing the potential for an early resolution of this case. The extension will provide time for the parties to investigate and evaluate Plaintiff's allegations and if needed, allow Capital One to prepare a response. In addition, the timing of this stipulation is the result of excusable neglect, as Capital One just retained the undersigned defense counsel. This is the first request for an extension, and it is

*[Continued on following page.]*

made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Respectfully submitted this 6th day of December, 2019.

| BALLARD SPAHR LLP | LAW OFFICES OF NICHOLAS M. WAJDA |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135-2958<br>tasca@ballardspahr.com<br>demareel@ballardspahr.com<br>priesth@ballardspahr.com<br><br>*Attorneys for Defendant Capital One Bank (USA), N.A.* | By: /s/ Nicholas M. Wadja<br>Nicholas M. Wadja, Esq.<br>871 Coronado Center Dr., Ste. 200<br>Henderson, Nevada 89052<br>nick@recoverylawgroup.com<br><br>*Attorney for Plaintiff Ray Stoller* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-10-2019