NICHOLAS M. WAJDA
nick@wajdalawgroup.com
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 900-6339
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAY STOLLER, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK(USA), N.A., <br><br> Defendant. | Case No. 2:19-cv-01854-GMN-VCF <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Ray Stoller and the Defendant Capital One Bank (USA), N.A., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this __18__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

1 | Dated: February 17, 2020 | Respectfully Submitted,

**RAY STOLLER** | **CAPITAL ONE BANK (USA), N.A.**

*/s/ Nicholas M. Wajda* | */s/ Lindsay C. Demaree (with consent)*
Nicholas M. Wajda | Lindsay C. Demaree
*Counsel for Plaintiff* | *Counsel for Defendant*
Law Office of Nicholas M. Wajda, Esq. | Ballard Spahr LLP
871 Coronado Center Drive, Suite 200 | 1980 Festival Plaza Dr, Suite 900
Henderson, Nevada 89052 | Las Vegas, Nevada 89135
Phone: (702) 900-6339 | Phone: (702) 471-7000
nick@wajdalawgroup.com | demareel@ballardspahr.com